KEITH E. HOTTLE
CLERK OF COURT
FOURTH COURT OF APPEALS DISTRICT
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

FILED
IN THE COURT OF APPEALS
02/27/2015
2015 MAR -5 AM 11:22

RE: COURT OF APPEALS NUMBER: 04-14-00177-CR
TRIAL COURT CASE NUMBER: 12-090168-CRA
STYLE: ALEJANDRO LEAL PEÑA v. THE STATE OF TEXAS

## MOTION TO ABATE

COMES NOW, ALEJANDRO LEAL PEÑA, TDCJ # 01915132 AND RESPECTFULLY REQUESTS THAT THIS HONORABLE FOURTH COURT OF APPEALS GRANT THIS MOTION TO ABATE THE ABOVE AND FOREGOING APPEAL AND IN SUPPORT STATES THE FOLLOWING:

1). APPELLATE COUNSEL, MR. EDWARD F. SHAUGHNESSY, III HAS NOT COMMUNICATED WITH APPELLANT UNTIL RECENT, WHEN APPELLANT RECEIVED A COPY OF APPELLATES BRIEF AND STATE'S RESPONSE.

2). APPELLATE COUNSEL ONLY RAISES ONE ISSUE AND RELATES IT TO PUNISHMENT WHEN APPELLANT FEELS THAT THERE ARE OTHER ISSUES REGARDING

(A) DOUBLE JEOPARDY VIOLATIONS

(B) DENIAL OF COUNSEL IN VIOLATION OF ARTICLE 1.051 (C) C.C.P. (RAISED ON DEFENDANT'S MOTION FOR NEW TRIAL FILED PRO SE).

(C) ILLEGAL USE OF PRIOR CONVICTIONS WHICH ARE NOW STATE JAIL FELONIES

(D) ISSUE REGARDING TRIAL JUDGE ADMONISHING THE JURY PANEL A SECOND TIME ABOUT IF A JURY COULD NOT BE HAD FROM THE PANEL THERE WOULD BE NO OTHER PANEL TO SELECT FROM.

(E) THE STATE ADMITTING TO NO EVIDENCE

(F) VIOLATION OF DUE PROCESS RELATING TO CIRCUMSTANTIAL EVIDENCE; APPELLANT/DEFENDANT IS NOT ALLOWED TO USE CIRCUMSTANTIAL EVIDENCE TO PROVE HIS INNOCENCE BUT THE STATE MAY USE IT TO PROVE GUILT.

WHEREFORE PREMISES CONSIDERED, APPELLANT PRAYS THAT THIS HONORABLE COURT OF APPEALS GRANT THIS MOTION TO ABATE AND APPOINT NEW COUNSEL OR ALLOW APPELLATE TO PROCEED PRO SE.

RESPECTFULLY
Alejandro L. Peña #01915132
ALEJANDRO LEAL PEÑA

C.C.
FILE

# CERTIFICATE OF SERVICE

I DO HEREBY STATE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT A COPY OF THIS MOTION TO ABATE WAS PLACED IN THE PRISON MAILING SYSTEM ON THIS THE 27TH DAY OF FEBRUARY 2015

Alejandro L. Peña #0195132

CC. FILE
4th COURT OF APPEALS

USA
FOREVER

ALESANDRO LEAL PEÑA #01915132
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

NORTH HOUSTON TX 773

03 MAR 2015 PM 5 L

KEITH E. HOTTLE
CLERK OF COURT
FOURTH COURT OF APPEALS DISTRICT
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205 ~ 3037

78205303793